IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

ALLEGHENY WOOD PRODUCTS, INC.

    Plaintiff-Appellant,

                                                                       Appeal No. 24-1221

v.

UNITED STATES FISH AND WILDLIFE SERVICE, et al.

    Defendants-Appellees.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties stipulate to the voluntary dismissal of this appeal. Each party shall bear their own fees and costs.

**Stipulated and agreed to by:**

| | |
|---|---|
| /s/ Andrew C. Robey | /s/ Maximillian F. Nogay |
| Isaac R. Forman (WVSB #11668) | Maximillian F. Nogay |
| J. Zak Ritchie (WVSB #11705) | United States Attorney's Office |
| Andrew C. Robey (WVSB #12806) | PO Box 591 |
| HISSAM FORMAN DONOVAN RITCHIE PLLC | Wheeling, WV 26003 |
| P.O. Box 3983 | 304-234-0100 |
| Charleston, WV 25339 | max.nogay@usdoj.gov |
| t: 681-265-3802 | |
| f: 304-982-8056 | Robert P. Stockman |
| iforman@hfdrlaw.com | U.S. Department of Justice |
| zritchie@hfdrlaw.com | PO Box 7415 |
| arobey@hfdrlaw.com | Washington, DC 20044 |
| | 202-353-3527 |
| *Counsel for Plaintiff-Appellant* | robert.stockman@usdoj.gov |
| | |
| | *Counsel for Defendants-Appellees* |

# CERTIFICATE OF SERVICE

    I certify that on April 29, 2024, I filed the foregoing via the CM/ECF system, and the foregoing document was served on all counsel of record through the CM/ECF system.

                                        /s/ Andrew C. Robey
                                        Andrew C. Robey (WVSB #12806)