UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1221
(2:22-cv-00007-TSK)
_____

ALLEGHENY WOOD PRODUCTS, INC.

      Plaintiff - Appellant

v.

UNITED STATES FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as the Director of U.S. Fish and Wildlife Service; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk